1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

SAMUEL PEREZ, an individual, on
behalf of the State of California, as a
private attorney general, and on behalf
of all other Similarly Aggrieved
Employees,

              Plaintiff,

    v.

R&L CARRIERS SHARED
SERVICES, LLC,

             Defendant.

No.  1:20-cv-01335-NONE-SKO

ORDER DIRECTING THE CLERK OF THE
COURT TO CLOSE THE CASE

(Doc. 14)

18

19

20

21

22

23

24

25

26

27

28

On November 17, 2020, Plaintiff filed a Notice of Voluntary Dismissal, notifying the

Court of the dismissal of his individual claims (causes of action numbers one (1) through (4) and

six (6) through (9)) <u>with prejudice</u> and dismissal of his claim under the Private Attorneys General

Act (PAGA) (cause of action number five (5)) <u>without prejudice</u>.  (Doc. 14.)  Plaintiff filed this

notice before the opposing party served either filed an answer or a motion for summary judgment.

As such, Plaintiff has voluntarily dismissed his individual claims <u>with prejudice</u> and has

voluntarily dismissed his PAGA claim <u>without prejudice</u>, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i).

Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL assign a district judge to this matter and thereafter CLOSE the case.

IT IS SO ORDERED.

Dated:  __**November 18, 2020**__                    _____/s/ *Sheila K. Oberto*_____

UNITED STATES MAGISTRATE JUDGE

2